## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Peter Jahan Lehmeyer,                              Civil No. 12-335 (RHK/JSM)

        Petitioner,                                   **ORDER**

v.

Lori Swanson, Hennepin County Workhouse,
Adult Correctional Facility, and Dennis Gilbert,

        Respondents.

_____

On March 30, 2012, Magistrate Judge Janie S. Mayeron issued a Report and Recommendation in which she recommended that Petitioner's petition for amended writ of habeas corpus under 28 U.S.C. § 2254 be summarily dismissed. Before the Court are Petitioner's Objections thereto.

The Court has conducted the required de novo review of the Report and Recommendation, as well as Petitioner's Objections thereto. That review discloses that the factual determinations in the Report and Recommendation are fully supported by the record before Judge Mayeron and her legal conclusions are supported by controlling legal principles.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED** that:

    1. Petitioner's Objections (Doc. No. 14) are **OVERRULED**;

    2. The Report and Recommendation (Doc. No. 13) is **ADOPTED**;

    3. Petitioner's amended habeas corpus petition (Doc. No. 6) is **DENIED**;

4. Petitioner's Motion for a stay order (Doc. No. 4) is **DENIED**;

5. Petitioner's Motion to amend (Doc. No. 11) is **DENIED**;

6. This action is summarily **DISMISSED WITH PREJUDICE**; and

7. Petitioner is **NOT** granted a Certificate of Appealability.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: April 25, 2012

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge